**Form 149**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Millard D Doriguzzi**
**Cynthia J Doriguzzi**
   Debtor(s)

Bankruptcy Case No.: 19–22309–JAD
Issued Per July 29, 2019 Proceeding
Chapter: 13
Docket No.: 31 – 23
Concil. Conf.: December 5, 2019 at 11:00 AM

## ORDER OF COURT CONFIRMING PLAN AS MODIFIED
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

### *(1.)  PLAN CONFIRMATION:*

       IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated
June 14, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not
expressly modified by this Order remain in full force and effect. A copy of this Plan was previously
mailed to you. *Only those provisions which are checked below apply to this case:*

☐   A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of .
Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7)
days of the date of this Order.

☐   B.    The length of the Plan is increased to a total of months. This statement of duration of the
Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been
achieved. The total length of the Plan shall not exceed sixty (60) months.

☑   C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee
is authorized to distribute to secured and priority creditors with percentage fees. *A final plan
conciliation conference will be held on Dec. 5, 2019 at 11:00 AM, in 3251 U.S. Steel Tower,
600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the
conciliation conference, a hearing will be scheduled and orally announced at the conclusion of
the conference without any further written notice to any party. Parties are directed to monitor
the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to
the extent such parties desire more information regarding the outcome of the conciliation
conference.

☐   D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability,
priority, or extent of liens; including determination of the allowed amount of secured claims
under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority
under *11 U.S.C. §507*, and all objections to claims.

☐   E.    The allowed claims of general unsecured creditors shall be paid from available funds on a
pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐   F.     shall be paid monthly payments of $ beginning with the Trustee's distribution and
continuing for the duration of the plan term, to be applied by that creditor to it's administrative
claim, budget payments and/or security deposit. These payments shall be at the third distribution
level.

☑   G.    The claims of the following creditors shall govern as to amount, classification and rate of
interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Hyuandia
Capital America at Claim No. 3 .

☑   H.    Additional Terms: The liquidation alternative requirement is to be determined.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty–eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty–eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021–1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*    ***IT IS FURTHER ORDERED THAT:***


**A.**     After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**     Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**     Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**     Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**     The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.


**F.**     In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.



                                                                <u>Jeffery A. Deller</u>
Dated: August 2, 2019                                           United States Bankruptcy Judge


cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-22309-JAD
Millard D Doriguzzi                                                 Chapter 13
Cynthia J Doriguzzi
       Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: jhel          Page 1 of 1          Date Rcvd: Aug 02, 2019
                           Form ID: 149        Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2019.
```
db/jdb       +Millard D Doriguzzi,   Cynthia J Doriguzzi,   409 Ridgewood Drive,
              Fredericktown, PA 15333-2027
15066130     +AHN ER Group Canonsburg, Ltd,   100 Medical Boulevard,   Canonsburg, PA 15317-9762
15066131     +Allegheny Health Network,   P.O. Box 645266,   Pittsburgh, PA 15264-5250
15066132     +Brownsville Ambulance Service,   PO BOX 8,   Indiana, PA 15701-0008
15066133      Canonsburg Hospital,   P.O. Box 644921,   Pittsburgh, PA 15264-4921
15091827      Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
15066135      Discover,   P.O Box 742655,   Cincinnati, OH 45274-2655
15066136      Greater Washington Radiologist,   P.O. box 371863,   Pittsburgh, PA 15250-7863
15066138      Keystone ANES Consultants,   P.O. Box 644624,   Pittsburgh, PA 15264-4624
15066140      Monessen Ambulance Serivce,   1001 Donner Avenue,   Monessen, PA 15062-1051
15066141     +PNC,   P.O. Box 3429,   Pittsburgh, PA 15230-3429
15066129     +PNC Bank,   270 Liberty Avenue,   Pittsburgh, PA 15235
15066142     +Psychiatric Care Systems PC,   110 Hidden Valley road,   Canonsburg, PA 15317-2685
15066143     +Scarlett Oak Emergency Phys, LLC,   P.O. Box 37716,   Philadelphia, PA 19101-5016
15066144      St. Clair Medical Services,   P.O. Box 791486,   Baltimore, MD 21279-1486
15066146      WHS Behavioral Health-West,   P.O. Box 855,   Washington, PA 15301-0855
15066147     +WHS Inpatient Services, PLLC,   P.O. Box 37969,   Philadelphia, PA 19101-0569
15066145     +Washington Hospital,   155 Wilson Avenue,   Washington, PA 15301-3398
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15072495      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 03 2019 02:38:42
              Capital One Bank (USA), N.A.,   by American InfoSource as agent,   PO Box 71083,
              Charlotte, NC 28272-1083
15066134      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 03 2019 02:39:40   Capital One Bank USA,
              P.O. Box 71083,   Charlotte, NC 28272-1083
15071374      E-mail/Text: mrdiscen@discover.com Aug 03 2019 02:31:18   Discover Bank,
              Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
15084962     +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Aug 03 2019 02:32:42
              HYUNDAI CAPITAL AMERICA DBA,   HYUNDAI MOTOR FINANCE,   PO BOX 20809,
              FOUNTAIN VALLEY, CA 92728-0809
15066137     +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Aug 03 2019 02:32:42
              Hyundai Motor Finance,   P.O. Box 650805,   Dallas, TX 75265-0805
15066139      E-mail/Text: bncnotices@becket-lee.com Aug 03 2019 02:31:23   Kohls,   P.O.Box 2983,
              Milwaukee, WI 53201-2983
                                                                             TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK NATIONAL ASSOCIATION

                                                                  TOTALS: 1, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2019 at the address(es) listed below:
```
              Elsie R. Lampl   on behalf of Debtor Millard D Doriguzzi elampl@lampllawoffice.com,
               elampl@gmail.com
              Elsie R. Lampl   on behalf of Joint Debtor Cynthia J Doriguzzi elampl@lampllawoffice.com,
               elampl@gmail.com
              James Warmbrodt   on behalf of Creditor   PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                             TOTAL: 5
```