Certificate Number: 05781-PAW-DE-033425220

Bankruptcy Case Number: 19-22309



05781-PAW-DE-033425220

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 17, 2019, at 12:52 o'clock PM PDT, Cytnhia Doriguzzi completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   September 17, 2019            By:    /s/Allison M Geving

                                      Name:  Allison M Geving

                                      Title: President