Certificate Number: 05781-PAW-DE-033452014

Bankruptcy Case Number: 19-22309



05781-PAW-DE-033452014

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 17, 2019</u>, at <u>12:52</u> o'clock <u>PM PDT</u>, <u>Cynthia Doriguzzi</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  September 23, 2019                By:    /s/Allison M Geving

                                         Name:  Allison M Geving

                                         Title: President