**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**MILLARD D. DORIGUZZI and
CYNTHIA J. DORIGUZZI**                                  Bankruptcy No.19-22309-JAD

        **Debtors**                                              Chapter 13

**MILLARD D. DORIGUZZI and
CYNTHIA J. DORIGUZZI**
                                                        Document No.

        **Movants,**                                         Related to Doc. No. 44

  v.

**NO RESPONDENT.**


### ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The above named Debtor having filed a Chapter 13 Petition and the Debtor having moved to attach wages to fund the Chapter 13 Plan, it is hereby **ORDERED, ADJUDGED** and **DECREED** that until further Order of this Court, the entity from whom Debtor receives income:

**ALL CLAD METAL CRAFTERS LLC
424 MORGANZA ROAD
CANONSBURG PA 15317
HUMAN RESOURCES DEPARTMENT
DABE RODGERS MANAGER**

shall deduct from that income the sum of $539.50 semi-monthly (each pay period) for monthly total of $1079.00 beginning on the next pay day following receipt of this Order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of a vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable

to Debtor Millard D. Doriguzzi, and shall remit the deductible sums **ON AT LEAST A MONTHLY BASIS TO**:

**Rhonda J. Winnecour
Chapter 13 Trustee, W.D. Pa.
PO Box 84051
Chicago IL 60689-4002**

**IT IS FURTHER ORDERED** that the above-named entity shall notify the Trustee if Debtor Millard D. Doriguzzi income is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that the Debtor shall serve this Order and a copy of the Notification of Debtor's Social Security Number Local Form No. 12 that includes the Debtor's full social security number on the above named entity. Debtor shall file a Certificate of Service regarding service of the Order and local form, but the social security number shall not be included on the certificate.

**IT IS FURTHER ORDERED** that all remaining income of the Debtor Millard D. Doriguzzi, except the amounts required to be withheld for taxes, Social Security, insurance, pension or union dues be paid to Debtor in accordance with usual payment procedure.

**IT IS FURTHER ORDERED** THAT NO DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

**IT IS FURTHER ORDERED** that this Order supersedes previous Orders made to the above-named entity in this case.

**IT IS FURTHER ORDERED** that the above-named entity shall not discharge any fee to Millard D. Doriguzzi, Debtor for the administration of this attachment Order, except as may be allowed upon application to and Order of this Court.[**]

Date:_____January 15, 2020_____          _____
                                                                    United States Bankruptcy Court Judge
                                                                    Jeffery A. Deller

[**]   IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

FILED
1/15/20 8:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Millard D Doriguzzi
Cynthia J Doriguzzi
      Debtors

Case No. 19-22309-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: nsha        Page 1 of 1        Date Rcvd: Jan 15, 2020
                         Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2020.
db/jdb         +Millard D Doriguzzi,   Cynthia J Doriguzzi,   409 Ridgewood Drive,   Fredericktown, PA 15333-2027

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2020 at the address(es) listed below:
          Elsie R. Lampl     on behalf of Debtor Millard D Doriguzzi elampl@lampllawoffice.com, elampl@gmail.com
          Elsie R. Lampl     on behalf of Joint Debtor Cynthia J Doriguzzi elampl@lampllawoffice.com, elampl@gmail.com
          James Warmbrodt     on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                 TOTAL: 5