UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   MILLARD D DORIGUZZI<br>CYNTHIA J DORIGUZZI<br>           Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>       vs.<br>  MILLARD D DORIGUZZI<br>CYNTHIA J DORIGUZZI<br><br>       Respondents | Case No.19-22309JAD<br><br><br>Chapter 13<br><br><br>Related to ECF No. 52 |

## ORDER TO STOP PAYROLL DEDUCTIONS

   AND NOW, this    4th   day of  June,  2024,         , it is hereby ORDERED, ADJUDGED, and DECREED that,

All Clad
Attn: Payroll Manager
424 Morganza Rd
Canonsburg,PA 15317

is hereby ordered to immediately terminate the attachment of the wages of MILLARD D DORIGUZZI, social security number XXX-XX-6571.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MILLARD D DORIGUZZI.

cc: Debtor(s)
   Debtor(s) Attorney

BY THE COURT:

_____
JEFFERY A. DELLER    jah
UNITED STATES BANKRUPTCY JUDGE

FILED
6/4/24 8:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22309-JAD |
| Millard D Doriguzzi | Chapter 13 |
| Cynthia J Doriguzzi | |
| Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 1
Date Rcvd: Jun 04, 2024    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Millard D Doriguzzi, Cynthia J Doriguzzi, 409 Ridgewood Drive, Fredericktown, PA 15333-2027 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Elsie R. Lampl | on behalf of Debtor Millard D Doriguzzi elampl@lampllawoffice.com elampl@gmail.com |
| Elsie R. Lampl | on behalf of Joint Debtor Cynthia J Doriguzzi elampl@lampllawoffice.com elampl@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5