Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Millard D Doriguzzi
Cynthia J Doriguzzi**
Debtor(s)

Bankruptcy Case No.: 19−22309−JAD

Chapter: 13
Docket No.: 56 − 55

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 26th of July, 2024, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 9/9/24.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **9/17/24 at 10:00 AM at the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **9/9/24.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Millard D Doriguzzi  
Cynthia J Doriguzzi  
    Debtors

Case No. 19-22309-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2  
Date Rcvd: Jul 26, 2024     Form ID: 408v     Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Millard D Doriguzzi, Cynthia J Doriguzzi, 409 Ridgewood Drive, Fredericktown, PA 15333-2027 |
| 15066130 | + | AHN ER Group Canonsburg, Ltd, 100 Medical Boulevard, Canonsburg, PA 15317-9762 |
| 15066132 | + | Brownsville Ambulance Service, PO BOX 8, Indiana, PA 15701-0008 |
| 15066133 | | Canonsburg Hospital, P.O. Box 644921, Pittsburgh, PA 15264-4921 |
| 15066135 | | Discover, P.O Box 742655, Cincinnati, OH 45274-2655 |
| 15066136 | | Greater Washington Radiologist, P.O. box 371863, Pittsburgh, PA 15250-7863 |
| 15066138 | | Keystone ANES Consultants, P.O. Box 644624, Pittsburgh, PA 15264-4624 |
| 15066140 | | Monessen Ambulance Serivce, 1001 Donner Avenue, Monessen, PA 15062-1051 |
| 15066129 | + | PNC Bank, 270 Liberty Avenue, Pittsburgh, PA 15235 |
| 15066142 | + | Psychiatric Care Systems PC, 110 Hidden Valley road, Canonsburg, PA 15317-2685 |
| 15066143 | | Scarlett Oak Emergency Phys, LLC, P.O. Box 37716, Philadelphia, PA 19101-5016 |
| 15066144 | | St. Clair Medical Services, P.O. Box 791486, Baltimore, MD 21279-1486 |
| 15066146 | | WHS Behavioral Health-West, P.O. Box 855, Washington, PA 15301-0855 |
| 15066147 | + | WHS Inpatient Services, PLLC, P.O. Box 37969, Philadelphia, PA 19101-0569 |
| 15066145 | + | Washington Hospital, 155 Wilson Avenue, Washington, PA 15301-3398 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15066131 | ^ | MEBN | Jul 26 2024 23:37:26 | Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 15072495 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 26 2024 23:46:44 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15066134 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2024 00:09:05 | Capital One Bank USA, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15091827 | | Email/PDF: bncnotices@becket-lee.com | Jul 26 2024 23:58:26 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15071374 | | Email/Text: mrdiscen@discover.com | Jul 26 2024 23:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15084962 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 26 2024 23:40:00 | HYUNDAI CAPITAL AMERICA DBA, HYUNDAI MOTOR FINANCE, PO BOX 20809, FOUNTAIN VALLEY, CA 92728-0809 |
| 15066137 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 26 2024 23:40:00 | Hyundai Motor Finance, P.O. Box 650805, Dallas, TX 75265-0805 |
| 15066139 | | Email/Text: PBNCNotifications@peritusservices.com | Jul 26 2024 23:39:00 | Kohls, P.O.Box 2983, Milwaukee, WI 53201-2983 |
| 15066141 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 26 2024 23:39:00 | PNC, P.O. Box 3429, Pittsburgh, PA 15230 |
| 15105339 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 26 2024 23:39:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH |

| | | | |
|---|---|---|---|
| District/off: 0315-2 | User: auto | | Page 2 of 2 |
| Date Rcvd: Jul 26, 2024 | Form ID: 408v | | Total Noticed: 26 |

| | | | |
|---|---|---|---|
| 15105839 | Email/Text: Bankruptcy.Notices@pnc.com  Jul 26 2024 23:39:00 | | PNC Bank, National Association, Attn: Bankruptcy, P.O. Box 94982, Cleveland, OH 44101 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 28, 2024        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Elsie R. Lampl | on behalf of Debtor Millard D Doriguzzi elampl@lampllawoffice.com elampl@gmail.com |
| Elsie R. Lampl | on behalf of Joint Debtor Cynthia J Doriguzzi elampl@lampllawoffice.com elampl@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5