**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **MILLARD D. DORIGUZZI and** | |
| **CYNTHIA J. DORIGUZZI** | **Bankruptcy No.19-22309-JAD** |
| Debtors | Chapter 13 |
| **MILLARD D. DORIGUZZI and** | |
| **CYNTHIA J. DORIGUZZI** | **Document No.** |
| Movants, | Related to Doc. No. 56 |
| v. | |
| **NO RESPONDENT.** | |

### DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtors Millard D. Doriguzzi and Cynthia J. Doriguzzi are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors Millard D. Doriguzzi and Cynthia J. Doriguzzi have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On November 4, 2019, Debtors Millard D. Doriguzzi and Cynthia J. Doriguzzi complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of Postpetition Instructional Course in Personal Financial Management, with the Certificate of Completion attached to the form.

5.  Undersigned Counsel duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

        Respectfully Submitted,

        /s/Elsie R. Lampl
        ELSIE R. LAMPL
        PA I.D. #208867
        Counsel for the Debtor
        240 East Pittsburgh Street
        Greensburg, PA 15601
        (724) 834-3188 (phone)