**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Millard D Doriguzzi | Social Security number or ITIN xxx–xx–6571 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | Cynthia J Doriguzzi | Social Security number or ITIN xxx–xx–6345 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 19–22309–JAD | |

# Order of Discharge                                                                                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Millard D Doriguzzi                                  Cynthia J Doriguzzi

9/11/24                                              **By the court:** Jeffery A. Deller
                                                     United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-22309-JAD
Millard D Doriguzzi  Chapter 13
Cynthia J Doriguzzi
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 3
Date Rcvd: Sep 11, 2024  Form ID: 3180W  Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Millard D Doriguzzi, Cynthia J Doriguzzi, 409 Ridgewood Drive, Fredericktown, PA 15333-2027 |
| 15066130 | + | AHN ER Group Canonsburg, Ltd, 100 Medical Boulevard, Canonsburg, PA 15317-9762 |
| 15066132 | + | Brownsville Ambulance Service, PO BOX 8, Indiana, PA 15701-0008 |
| 15066133 | | Canonsburg Hospital, P.O. Box 644921, Pittsburgh, PA 15264-4921 |
| 15066135 | | Discover, P.O Box 742655, Cincinnati, OH 45274-2655 |
| 15066136 | | Greater Washington Radiologist, P.O. box 371863, Pittsburgh, PA 15250-7863 |
| 15066138 | | Keystone ANES Consultants, P.O. Box 644624, Pittsburgh, PA 15264-4624 |
| 15066140 | | Monessen Ambulance Serivce, 1001 Donner Avenue, Monessen, PA 15062-1051 |
| 15066129 | + | PNC Bank, 270 Liberty Avenue, Pittsburgh, PA 15235 |
| 15066142 | + | Psychiatric Care Systems PC, 110 Hidden Valley road, Canonsburg, PA 15317-2685 |
| 15066143 | | Scarlett Oak Emergency Phys, LLC, P.O. Box 37716, Philadelphia, PA 19101-5016 |
| 15066144 | | St. Clair Medical Services, P.O. Box 791486, Baltimore, MD 21279-1486 |
| 15066146 | | WHS Behavioral Health-West, P.O. Box 855, Washington, PA 15301-0855 |
| 15066147 | + | WHS Inpatient Services, PLLC, P.O. Box 37969, Philadelphia, PA 19101-0569 |
| 15066145 | + | Washington Hospital, 155 Wilson Avenue, Washington, PA 15301-3398 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Sep 12 2024 03:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 11 2024 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Sep 12 2024 03:49:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 11 2024 23:58:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 15066131 | ^ | MEBN | Sep 11 2024 23:53:19 | Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 15072495 | | EDI: CAPITALONE.COM | Sep 12 2024 03:49:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15066134 | | EDI: CAPITALONE.COM | Sep 12 2024 03:49:00 | Capital One Bank USA, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15091827 | | Email/PDF: bncnotices@becket-lee.com | | |

Case 19-22309-JAD    Doc 63    Filed 09/13/24    Entered 09/14/24 00:30:47    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 11, 2024 | Form ID: 3180W | Total Noticed: 28 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 12 2024 00:18:38 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15071374 | | EDI: DISCOVER | Sep 12 2024 03:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15084962 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 11 2024 23:58:00 | HYUNDAI CAPITAL AMERICA DBA, HYUNDAI MOTOR FINANCE, PO BOX 20809, FOUNTAIN VALLEY, CA 92728-0809 |
| 15066137 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 11 2024 23:58:00 | Hyundai Motor Finance, P.O. Box 650805, Dallas, TX 75265-0805 |
| 15066139 | | Email/Text: PBNCNotifications@peritusservices.com | Sep 11 2024 23:57:00 | Kohls, P.O.Box 2983, Milwaukee, WI 53201-2983 |
| 15066141 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 11 2024 23:57:00 | PNC, P.O. Box 3429, Pittsburgh, PA 15230 |
| 15105339 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 11 2024 23:57:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15105839 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 11 2024 23:57:00 | PNC Bank, National Association, Attn: Bankruptcy, P.O. Box 94982, Cleveland, OH 44101 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2024 at the address(es) listed below:**

**Name**          **Email Address**

Denise Carlon
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Elsie R. Lampl
on behalf of Debtor Millard D Doriguzzi elampl@lampllawoffice.com elampl@gmail.com

Elsie R. Lampl
on behalf of Joint Debtor Cynthia J Doriguzzi elampl@lampllawoffice.com elampl@gmail.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Sep 11, 2024 | Form ID: 3180W | Total Noticed: 28

cmecf@chapter13trusteewdpa.com

TOTAL: 5