IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MILLARD D DORIGUZZI
CYNTHIA J DORIGUZZI
    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

**DEFAULT O/E JAD**

Case No.:19-22309 JAD

Chapter 13

Document No.: 55

FILED
9/11/24 1:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this __11th__ day of __September__, 20__24__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE jsf

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Millard D Doriguzzi  
Cynthia J Doriguzzi  
    Debtors

Case No. 19-22309-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Sep 11, 2024      Form ID: pdf900      Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Millard D Doriguzzi, Cynthia J Doriguzzi, 409 Ridgewood Drive, Fredericktown, PA 15333-2027 |
| 15066130 | + | AHN ER Group Canonsburg, Ltd, 100 Medical Boulevard, Canonsburg, PA 15317-9762 |
| 15066132 | + | Brownsville Ambulance Service, PO BOX 8, Indiana, PA 15701-0008 |
| 15066133 | | Canonsburg Hospital, P.O. Box 644921, Pittsburgh, PA 15264-4921 |
| 15066135 | | Discover, P.O Box 742655, Cincinnati, OH 45274-2655 |
| 15066136 | | Greater Washington Radiologist, P.O. box 371863, Pittsburgh, PA 15250-7863 |
| 15066138 | | Keystone ANES Consultants, P.O. Box 644624, Pittsburgh, PA 15264-4624 |
| 15066140 | | Monessen Ambulance Serivce, 1001 Donner Avenue, Monessen, PA 15062-1051 |
| 15066129 | + | PNC Bank, 270 Liberty Avenue, Pittsburgh, PA 15235 |
| 15066142 | + | Psychiatric Care Systems PC, 110 Hidden Valley road, Canonsburg, PA 15317-2685 |
| 15066143 | | Scarlett Oak Emergency Phys, LLC, P.O. Box 37716, Philadelphia, PA 19101-5016 |
| 15066144 | | St. Clair Medical Services, P.O. Box 791486, Baltimore, MD 21279-1486 |
| 15066146 | | WHS Behavioral Health-West, P.O. Box 855, Washington, PA 15301-0855 |
| 15066147 | + | WHS Inpatient Services, PLLC, P.O. Box 37969, Philadelphia, PA 19101-0569 |
| 15066145 | + | Washington Hospital, 155 Wilson Avenue, Washington, PA 15301-3398 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15066131 | ^ | MEBN | Sep 11 2024 23:53:18 | Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 15072495 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 12 2024 00:04:57 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15066134 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 12 2024 00:16:43 | Capital One Bank USA, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15091827 | | Email/PDF: bncnotices@becket-lee.com | Sep 12 2024 00:17:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15071374 | | Email/Text: mrdiscen@discover.com | Sep 11 2024 23:57:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15084962 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 11 2024 23:58:00 | HYUNDAI CAPITAL AMERICA DBA, HYUNDAI MOTOR FINANCE, PO BOX 20809, FOUNTAIN VALLEY, CA 92728-0809 |
| 15066137 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 11 2024 23:58:00 | Hyundai Motor Finance, P.O. Box 650805, Dallas, TX 75265-0805 |
| 15066139 | | Email/Text: PBNCNotifications@peritusservices.com | Sep 11 2024 23:57:00 | Kohls, P.O.Box 2983, Milwaukee, WI 53201-2983 |
| 15066141 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 11 2024 23:57:00 | PNC, P.O. Box 3429, Pittsburgh, PA 15230 |
| 15105339 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 11 2024 23:57:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH |

| 15105839 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 11 2024 23:57:00 | PNC Bank, National Association, Attn: Bankruptcy, P.O. Box 94982, Cleveland, OH 44101 |
|---|---|---|---|

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 13, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Elsie R. Lampl | on behalf of Debtor Millard D Doriguzzi elampl@lampllawoffice.com elampl@gmail.com |
| Elsie R. Lampl | on behalf of Joint Debtor Cynthia J Doriguzzi elampl@lampllawoffice.com elampl@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5